STEVEN L. DERBY, ESQ. (SBN 148372)
CELIA McGUINNESS, ESQ. (SBN 159420)
DEBORAH D. GETTLEMAN, ESQ. (SBN 267309)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile:  (510) 359-4414
info@dmglawfirm.com

Attorneys for Plaintiff
MICHAEL WILKERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILKERSON<br><br>  Plaintiff,<br><br>  v.<br><br>FUJINAKA PROPERTIES, LP;<br>FUJINAKA CASTLE, LP; and<br>MONOLITH PROPERTIES, INC.<br><br>  Defendants. | CASE NO. 2:19-cv-02381-WSB-CKD<br><br><u>Civil Rights</u><br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

GOOD CAUSE APPEARING, the hearing on Defendants' Motion to Dismiss currently scheduled for March 23, 2020 at 1:30 p.m. in this court is hereby continued to April 6, 2020 at 1:30 p.m.

Dated:  March 12, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Proposed Order Stip to Continue Hearing Date

1